IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.
05 DEC 22 PM 4: 33
THOMAS M GOULD
CLERK, US DISTRICT COURT
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ANNE F. LANDERS, <br><br>Plaintiff, <br><br>vs. <br><br>BAPTIST MEMORIAL HEALTH CARE CORP., BAPTIST MEMORIAL HEALTH CARE SYSTEMS, INC. and BAPTIST MEMORIAL HOSPITAL, INC., d/b/a BAPTIST MEMORIAL MEDICAL CENTER, et al., <br><br>Defendants. | CASE NO. 99-2097-G/V |

## ORDER FOR ADMISSION *PRO HAC VICE*

THIS CAUSE having come on the Motion for Admission *Pro Hac Vice* on behalf of John E. Tomlinson of the firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., and the court having heard and considered said request, finds it is of the opinion that said request is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that John E. Tomlinson, who is licensed to practice in the State of Alabama, be admitted to appear and practice before this Court, *Pro Hac Vice*, as counsel for Plaintiffs in this action.

IT IS FURTHER ORDERED AND ADJUDGED that John E. Tomlinson, be subject to and submit himself to the full disciplinary powers of this Court to the same extent as if he were fully admitted to practice in this Court.

ORDERED this the __22__ day of __December__ 2005.

_____
UNITED STATES JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

Prepared and submitted by:

**CLINTON C. CARTER**
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone No. (334) 269-2343
Facsimile No. (334) 954-7555

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 115 in case 2:99-CV-02097 was distributed by fax, mail, or direct printing on December 27, 2005 to the parties listed.

---

Clinton C. Carter
BEASLEY ALLEN CROW METHVIN PORTIS & MILES, PC
272 Commerce St.
P.O. Box 4160
Montgomery, AL 36103--416

Patrick M. Ardis
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

John E. Tomlinson
BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, AL 36117

Mary L. Wolff
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

Michelle Hohnke Joss
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

John T. Boese
FRIED FRANK HARRIS SHRIVER & JACOBSON
1001 Pennsylvania Ave., N.W.
Ste. 800
Washington, DC 20004

James D. Wilson
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Veronica F. Coleman
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT